UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANGELO E. WASHINGTON

VERSUS

DELTA BUSINESS COLLEGE, ET AL

CIVIL ACTION

NO. 07-552-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated December 17, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this action will be dismissed with prejudice pursuant to 28 U.S.C. § 19159e) because it is prescribed.

Baton Rouge, Louisiana, January 18, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA